PER CURIAM.
AFFIRMED on the authority of Singer v. 3675 Bird Road, Inc., 543 So.2d 1320 (Fla. 3d DCA 1989); Amejeiras v. Metropolitan Dade County, 534 So.2d 812 (Fla. 3d DCA), rev. denied, 542 So.2d 1332 (1989); Admiral’s Port Condominium Ass’n, Inc. v. Feldman, 426 So.2d 1054 (Fla. 3d DCA), rev. denied, 434 So.2d 887 (1983); Relyea v. State, 385 So.2d 1378 (Fla. 4th DCA 1980), disapproved on other grounds, Avallone v. Board of County Commissioners of Citrus County, 493 So.2d 1002 (Fla.1986) and Bruce By and Through Wallace v. Village of Miami Shores, 496 So.2d 984 (Fla. 3d DCA 1986).
DOWNEY and GARRETT, JJ., and McNULTY, JOSEPH P., (Retired) Associate Judge, concur.